# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDDIE EARVIN BELL,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 71143

**FILED**

OCT 13 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus challenging a district court decision denying a NRCP 60(b) motion. Petitioner asserts fraud because the State prepared the order disposing of his motion. Petitioner fails to demonstrate extraordinary relief is warranted as a prevailing party may prepare a dispositional order for the court. *See* NRS 34.160; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (noting that petitioner bears burden of demonstrating that extraordinary relief is warranted); *Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 603-04, 637 P.2d 534, 536 (1981) (providing that a writ of mandamus may issue to control an arbitrary or capricious exercise of discretion). Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons



16-31988

cc: Eddie Earvin Bell
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk